UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VAL DINARDO, | CASE NO. C16-1600JLR |
|---|---|
| Plaintiff, | ORDER REGARDING STIPULATED MOTION TO EXTEND DISCOVERY AND DISCOVERY MOTION DEADLINES |
| v. | |
| WOW 1 DAY PAINTING LLC, | |
| Defendant. | |

Before the court is the parties' stipulated motion to extend the discovery cutoff and the deadline for filing discovery motions. (Stip. (Dkt. # 31).) The parties' only justification for seeking these extensions is that they "are working to complete discovery and counsel for the plaintiff have an unrelated trial conflict that is taking their attention." (*Id.* at 1.)

The court's scheduling order states that the court will alter case schedule deadlines "only upon good cause shown." (Sched. Ord. (Dkt. # 29) at 2.) The scheduling order specifies that "failure to complete discovery within the time allowed is not recognized as

1 | good cause." (*Id.*)  Further, in addition to counsel at Reid & Reige, PC, Plaintiff Val

2 | Dinardo also has local counsel at Ryan, Swanson & Cleveland.  (*See* Dkt.)  The court has

3 | every confidence that if Plaintiff's counsel at Reid & Reige is preoccupied with another

4 | case that is going to trial soon, Plaintiff's local counsel at Ryan, Swanson & Cleveland is

5 | fully capable of handling this litigation.  Accordingly, the court finds that the parties have

6 | failed to demonstrate good cause for any alteration to the case schedule.

7 |      Nevertheless, the court is not without some flexibility in accommodating the

8 | parties' request.  The court will grant the parties' stipulated motion so long as the parties

9 | agree that henceforth they will bring any discovery motion in this litigation as a Local

10 | Rule LCR 7(i) telephonic motion.  *See* Local Rules W.D. Wash. LCR 7(i).  In the event

11 | that a conflict concerning discovery arises that the parties are unable to resolve without

12 | the court's intervention, the court will permit the parties to file simultaneous two-page

13 | letters briefly describing the dispute.  The court will then conduct a telephonic conference

14 | pursuant to Local Rule LCR 7(i) and rule on the issue.  *See id.*  Assuming the parties

15 | agree to this procedure, the court will grant the extension they request.  Otherwise, the

16 | court will deny their stipulated motion.  The parties shall file a joint notice within two (2)

17 | //

18 | //

19 | //

20 | //

21 | //

22 | //

days of the filing of this order indicating their agreement or lack of agreement to the court's condition.

Dated this 10th day of October, 2017.

JAMES L. ROBART
United States District Judge