UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VAL DINARDO,<br><br>                     Plaintiff,<br>     v.<br><br>WOW 1 DAY PAINTING LLC,<br><br>                     Defendant. | CASE NO. C16-1600JLR<br><br>ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY DATES |

Based on the parties' joint notice agreeing to bring any discovery motions in this proceeding pursuant to the procedures set forth in Local Rule LCR 7(i) for telephonic motions and the court's October 10, 2017, order (*see* Joint Not. (Dkt. # 33)); *see also* Local Rules W.D. Wash. LCR 7(i); (10/10/17 Order (Dkt. # 32)), the court GRANTS the parties' stipulated motion regarding discovery dates (Stip. Mot. (Dkt. # 31)). Accordingly, the October 6, 2017, deadline for discovery-related motions is extended to

//

//

October 20, 2017, and the November 6, 2017, discovery cutoff is extended to November 20, 2017.

Dated this 11th day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2