UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VAL DINARDO,<br><br>                Plaintiff,<br>     v.<br><br>WOW 1 DAY PAINTING, LLC,<br><br>                Defendant. | CASE NO. C16-1600JLR<br><br>ORDER DISMISSING COUNTERCLAIMS WITHOUT PREJUDICE |

On January 23, 2018, the court issued an order granting Defendant WOW 1 Day Painting, LLC's ("WOW") motion for summary judgment and directing the parties to show cause why WOW's compulsory counterclaims should not be dismissed without prejudice. (Order (Dkt. # 42).) On January 31, 2018, the parties responded to the court's order to show cause. (WOW Resp. (Dkt. # 45); DiNardo Resp. (Dkt. # 43).) Both WOW and Plaintiff Val DiNardo agree that WOW's counterclaims should be dismissed without prejudice. (*See* WOW Resp. at 2 ("WOW respectfully submits that considerations of judicial economy, convenience, and fairness to the litigants are served by dismissing the

counterclaims without prejudice . . . ."); DiNardo Resp. at 5 ("[T]his Court should dismiss the remaining Counterclaims without prejudice.").) Accordingly, the court DISMISSES WOW's counterclaims WITHOUT PREJUDICE.[1] The court further DIRECTS the Clerk to close this file.

Dated this 2nd day of February, 2018.

JAMES L. ROBART
United States District Judge

---

[1] The court makes no determination as to the appropriate forum for refiling WOW's counterclaims.